IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IN RE

UNITED STATES OF AMERICA,

vs.

I. LEWIS LIBBY,

Criminal Case No. 05-394 (RBW)

---

Case: 1:07-mc-00228
Assigned To : Walton, Reggie B.
Assign. Date : 5/25/2007
Description: MISC.

## CERTIFICATE OF DISCLOSURE PURSUANT TO RULE 7.1

The undersigned counsel for the Applicants certifies to the best of my knowledge and belief that the information below is accurate. These representations are made pursuant to Local Civil Rule 7.1 in order that judges of this Court may determine the need for recusal.

The following Applicants have no publicly held stock and have no parents or related corporate entities with publicly held stock: the American Society of Newspaper Editors, the Associated Press, National Public Radio, Inc., the Newspaper Association of America, the Radio-Television News Directors Association, the Reporters Committee for Freedom of the Press, and the Society of Professional Journalists.

The remaining Applicants make the following disclosures:

ABC, Inc. is an indirect, wholly-owned subsidiary of The Walt Disney Company, a publicly traded corporation.

Cable News Network, Inc. is a division of Turner Broadcasting System, Inc., which is a subsidiary of Time Warner Inc., a publicly traded company.

Dow Jones & Company, Inc. is a publicly traded company.

NBC News is a division of NBC Universal, Inc. The General Electric Company, a publicly traded company, is the parent corporation of NBC Universal. Vivendi, S.A., a publicly traded entity, also owns more than 10% of the stock of NBC Universal.

WP Company LLC d/b/a The Washington Post is a wholly-owned subsidiary of The Washington Post Company, a publicly traded company. Berkshire Hathaway, Inc., a publicly held company, has a 10% or greater ownership interest in The Washington Post Company.

Dated: May 25, 2007                Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: /s/ Nathan Siegel by AJR
Nathan Siegel (D.C. Bar No. 446253)

1050 Seventeenth Street, N.W., Suite 800
Washington, DC 20036
Telephone: (202) 508-1100
Facsimile: (202) 861-9888

*Counsel for Applicants*